UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-CR-476-T-17TBM

NASREDDINE KHALIL AKAR

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against defendant NASREDDINE KHALIL AKAR without prejudice. Leave of Court is granted and the Indictment is dismissed against defendant NASREDDINE KHALIL AKAR in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to defendant NASREDDINE KHALIL AKAR.

Dated: April 19, 2012

ELIZABETH A. KOVACHEVICH
United States District Judge